# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| GEONNA THOMPSON, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 3:21-cv-02219-K |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| CLARK RIDGE CANYON, LTD., | § | |
| GP PATRIOT RIDGE, LLC, and HENRY | § | |
| BUILDING, INC., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

By agreement of all parties, Plaintiff Geonna Rickey, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 20, 2022.

> Respectfully Submitted,
>
> CALHOUN & ASSOCIATES
>
> */s/ Eric G. Calhoun*
> Eric G. Calhoun
> Texas Bar No. 03638800
> 1595 N. Central Expressway
> Richardson, Texas 75080
> (214) 766-8100
> (214) 308-1947 Fax
> eric@ecalhounlaw.com
> egcla@ecalhounlaw.com (Assistant)
>
> ATTORNEYS FOR PLAINTIFF

CARTER ARNETT, PLLC

/s/ J. Robert Arnett II
J. Robert Arnett II
Texas State Bar No. 01332900
barnett@carterarnett.com
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 550-8188
Facsimile: (214) 550-8185

COUNSEL FOR DEFENDANT HENRY BUILDING, INC.

GAUBERT LAW GROUP, PC

/s/ Michael L. Gaubert
Michael L. Gaubert
Texas State Bar No. 00785903
michael@gaubertlawgroup.com
W. Carter Boisvert
Texas State Bar No. 24045519
carterboisvert@cblawaustin.com
100 Crescent Court, 7th Floor
Dallas, Texas 75201
Telephone: (214) 593-6440
Facsimile: (972) 441-2960

COUNSEL FOR DEFENDANTS CLARK RIDGE CANYON, LTD., AND GP PATRIOT RIDGE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Michael L. Gaubert<br>W. Carter Boisvert<br>GAUBERT LAW GROUP, PC<br>100 Crescent Court, 7th Floor<br>Dallas, Texas 75201<br>michael@gaubertlawgroup.com<br>carterboisvert@cblawaustin.com | *Attorneys for Defendants Clark Ridge Canyon, Ltd. and GP Patriot Ridge, LLC* |
| J. Robert Arnett II<br>CARTER ARNETT, PLLC<br>8150 N. Central Expressway, Suite 500<br>Dallas, Texas 75206<br>barnett@carterarnett.com | *Attorneys for Defendant Henry Building, Inc.* |

                                                */s/ Eric G. Calhoun*
                                                Eric G. Calhoun